UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 2:23-cr-00031

ANTONIO LAMAR JEFFRIES
KARL LAMONT FUNDERBURK
TRES AVERY DAVIS
TELISA RENE MCCAULEY
MICHAEL ALLEN ROBERTS, JR.
TODD TYLER SNEAD
DEAYRIA EYSHAY WILLIS
JOHN PAUL LOUDERMILK
TIMOTHY ALLEN LOUDERMILK
KEITH ROYAL GOODE-HARPER
MARK LESLIE LIVELY
NICOLE LEIGH FIERBAUGH
LATESHA LASHAE NAPPIER
JEREMY RAYSHAD WALKER
RYAN KEITH KINCAID
CHARLES NORMAN PANNELL
SCOTT JEREMY SAVAGE
LES VAN BUMPUS

### FIRST SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Rule 16.1(a) of the Local Rules of Criminal Procedure, and the Arraignment Order and Standard Discovery Request entered by the Court in this case on March 23, 2023, the United States of America, by counsel, herewith responds to each of defendant's Standard Discovery Requests as follows:

Request A: Disclose to defendant the substance of any relevant oral statement made by defendant, whether before or after arrest, in response to interrogation by a person the defendant knew was a government agent if the government intends to use the statement at trial. [Fed. R. Crim. P. 16(a)(1)(A)]

Response:

- Recorded interview of Antonio Lamar Jeffries from March 22, 2023;
- Recorded interview of Les Van Bumpus from March 22, 2023; and
- Recorded interview of Telisa Rene McCauley from March 22, 2023.

Request B: Disclose to defendant and make available for inspection, copying or photographing, all of the following:

(i) Any relevant written or recorded statement by the defendant if the statement is within the government's possession, custody, or control; and the attorney for the government knows-- or through due diligence could know--that the statement exists. [Fed. R. Crim. P. 16(a)(1)(B)(i)]

Response: See response to Request A above.

(ii) The portion of any written record containing the substance of any relevant oral statement made before or after arrest if the defendant made the statement in response to interrogation by a person the defendant knew was a government agent. [Fed. R. Crim. P. 16(a)(1)(B)(ii)]

Response: See responses to Requests A and B above.

Request E: Permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, building or places, or copies or portions of any of those items, if the item is within the government's possession, custody or control, and (i) the item is material to preparing the defense; (ii) the government intends to use the item in its case-in-chief at trial; or (iii) the item was obtained from or belongs to defendant. [Fed. R. Crim. P. 16(a)(1)(E)]

**Response:**

- Body-worn camera footage from the traffic stop of Telisa Rene McCauley on February 4, 2023;
- FBI case file documents (JEFFRIES_011663 to 012297);
- Various intercepted text messages over seven different phone lines as further described in the provided Bates index;
- Photographs from various searches (JEFFRIES_012298 to 012745);
- Recorded interviews of Brittany Sterling, Alexis Littleberry, Shannon Mitchell, Shawn Higginbotham, Steven Kinney, and McKenzie Hill;
- Report regarding the interview of Les Van Bumpus and Taylor Campana on March 22, 2023 (JEFFRIES_012746 to 012750); and
- Various quantities of controlled substances and other physical exhibits as described or depicted in the provided materials. Appointments may be arranged to view such evidence at times mutually convenient to the parties. Certain drug evidence may be temporarily unavailable for inspection if it is within the physical custody of a laboratory. Such evidence will become available for inspection once it has been analyzed and returned to the FBI.

**Request F:** Permit the defendant to inspect and to copy or photograph the results or reports of any physical or mental examination and of any scientific tests or experiment if (i) the item is within the government's possession, custody, or control; (ii) the attorney for the government knows--or through due diligence could know--that the item exists; and (iii) the item is material to preparing the defense or the government intends to use the item in its case-in-chief at trial. **[Fed. R. Crim. P. 16(a)(1)(F)]**

**Response:** Certain lab reports are included in the FBI case file documents provided above.

**Request M:** Provide notice to defendant of the government's intention to use evidence pursuant to Rule 12(b)(4)(B) of the Federal Rules of Criminal Procedure.

**Response:** The United States reserves the right to use all information and evidence disclosed herein or made available for inspection and copying pursuant to this Response and such information and evidence which may be discovered and finally provided to defendant.

Any discovery provided that is not mandated by Court order, the Federal Rules of Criminal Procedure, federal statute or federal case law, is provided voluntarily as a matter of discretion solely to expedite and facilitate litigation of this case.

Respectfully submitted,

WILLIAM S. THOMPSON
United States Attorney

By:

/s/Jeremy B. Wolfe
JEREMY B. WOLFE
Assistant United States Attorney
WV State Bar No. 11952
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: Jeremy.Wolfe@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing "FIRST SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS" has been electronically filed and service has been made on all counsel of record by virtue of such electronic filing this 28th day of April, 2023.

/s/Jeremy B. Wolfe
JEREMY B. WOLFE
Assistant United States Attorney
WV State Bar No. 11952
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: Jeremy.Wolfe@usdoj.gov