UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 2:23-cr-00031

ANTONIO LAMAR JEFFRIES
KARL LAMONT FUNDERBURK
TRES AVERY DAVIS
TELISA RENE MCCAULEY
MICHAEL ALLEN ROBERTS, JR.
TODD TYLER SNEAD
DEAYRIA EYSHAY WILLIS
JOHN PAUL LOUDERMILK
TIMOTHY ALLEN LOUDERMILK
KEITH ROYAL GOODE-HARPER
MARK LESLIE LIVELY
NICOLE LEIGH FIERBAUGH
LATESHA LASHAE NAPPIER
JEREMY RAYSHAD WALKER
RYAN KEITH KINCAID
CHARLES NORMAN PANNELL
SCOTT JEREMY SAVAGE
LES VAN BUMPUS

## SECOND SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Rule 16.1(a) of the Local Rules of Criminal Procedure, and the Arraignment Order and Standard Discovery Request entered by the Court in this case on March 23, 2023, the United States of America, by counsel, herewith responds to each of defendant's Standard Discovery Requests as follows:

**Request E:** **Permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, building or places, or copies or portions of any of those items, if the item is within the government's possession, custody or control, and (i) the item is material to preparing the defense; (ii) the government intends to use the item in its case-in-chief at trial; or (iii) the item was obtained from or belongs to defendant. [Fed. R. Crim. P. 16(a)(1)(E)]**

**Response:**

- Photographs taken during the search of defendant Bumpus' home (JEFFRIES_012751 to 012771);
- FBI file documents (JEFFRIES_012772 to 012930);
- Microsoft Excel spreadsheet listing the items of drug evidence seized during the investigation by exhibit number, which will allow counsel to associate physical evidence to lab reports;
- Report regarding defendant Kincaid's drug ledger (JEFFRIES_012901 to 012930);
- Timothy Loudermilk subscriber information;
- Footage from various pole cameras, as indicated by the pole camera logs (JEFFRIES_012847 to 012889) (footage is available for inspection upon request);
- Cell phone/electronic device downloads are provided to counsel for the associated defendant, as set forth below by FBI exhibit number:
    - 1B227 and 1B228 (Todd Tyler Snead);
    - 1B272 (Michael Allen Roberts, Jr.);
    - 1B275 (Charles Norman Pannell);
    - 1B339 (Antonio Lamar Jeffries);
    - 1B346 (Latesha Lashae Nappier);
    - 1B368 (Mark Leslie Lively);
    - 1B374 (Nicole Leigh Fierbaugh);
    - 1B380 (Scott Jeremy Savage);and
- Various quantities of controlled substances and other physical exhibits as described or depicted in the provided materials. Appointments may be arranged to view such evidence at times mutually convenient to the parties. Certain drug evidence may be temporarily unavailable for inspection if it is within the physical custody of a laboratory. Such evidence will become available for inspection once it has been analyzed and returned to the FBI.

**Request F:** **Permit the defendant to inspect and to copy or photograph the results or reports of any physical or mental examination and of any scientific tests or experiment if (i) the item is within the government's possession, custody, or control; (ii) the attorney for the government knows--or through due diligence could know--that the item exists; and (iii) the item is material to preparing the defense or the government intends to use the item in its case-in-chief at trial.  [Fed. R. Crim. P. 16(a)(1)(F)]**

**Response:** Certain lab reports are included in the FBI case file documents provided above.


**Request M:** **Provide notice to defendant of the government's intention to use evidence pursuant to Rule 12(b)(4)(B) of the Federal Rules of Criminal Procedure.**

**Response:**  The United States reserves the right to use all information and evidence disclosed herein or made available for inspection and copying pursuant to this Response and such information and evidence which may be discovered and finally provided to defendant.

Any discovery provided that is not mandated by Court order, the Federal Rules of Criminal Procedure, federal statute or federal case law, is provided voluntarily as a matter of discretion solely to expedite and facilitate litigation of this case.

Respectfully submitted,

WILLIAM S. THOMPSON
United States Attorney

By:

/s/Jeremy B. Wolfe
JEREMY B. WOLFE
Assistant United States Attorney
WV State Bar No. 11952
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: Jeremy.Wolfe@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing "SECOND SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS" has been electronically filed and service has been made on all counsel of record by virtue of such electronic filing this 22nd day of May, 2023.

/s/Jeremy B. Wolfe
JEREMY B. WOLFE
Assistant United States Attorney
WV State Bar No. 11952
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: Jeremy.Wolfe@usdoj.gov