UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 2:23-cr-00031

ANTONIO LAMAR JEFFRIES
KARL LAMONT FUNDERBURK
TRES AVERY DAVIS
TELISA RENE MCCAULEY
MICHAEL ALLEN ROBERTS, JR.
TODD TYLER SNEAD
DEAYRIA EYSHAY WILLIS
JOHN PAUL LOUDERMILK
TIMOTHY ALLEN LOUDERMILK
KEITH ROYAL GOODE-HARPER
MARK LESLIE LIVELY
NICOLE LEIGH FIERBAUGH
LATESHA LASHAE NAPPIER
JEREMY RAYSHAD WALKER
RYAN KEITH KINCAID
CHARLES NORMAN PANNELL
SCOTT JEREMY SAVAGE
LES VAN BUMPUS

### FOURTH SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA
### TO DEFENDANT'S STANDARD DISCOVERY REQUESTS

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Rule 16.1(a) of the Local Rules of Criminal Procedure, and the Arraignment Order and Standard Discovery Request entered by the Court in this case on March 23, 2023, the United States of America, by counsel, herewith responds to each of defendant's Standard Discovery Requests as follows:

**Request B:** Disclose to defendant and make available for inspection, copying or photographing, all of the following:

(i) Any relevant written or recorded statement by the defendant if the statement is within the government's possession, custody, or control; and the attorney for the government knows—or through due diligence could know—that the statement exists. [Fed. R. Crim. P. 16(a)(1)(B)(i)]

**Response:** Seven recorded jail calls made by Scott Savage, including a copy of e-mails related to the same (JEFFRIES_013001 to 013002).

**Request E:** Permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, building or places, or copies or portions of any of those items, if the item is within the government's possession, custody or control, and (i) the item is material to preparing the defense; (ii) the government intends to use the item in its case-in-chief at trial; or (iii) the item was obtained from or belongs to defendant. [Fed. R. Crim. P. 16(a)(1)(E)]

**Response:** Complete copy of drug ledgers recovered during the search of Ryan Kincaid's apartment (JEFFRIES_013005 to 013151).

**Request F:** Permit the defendant to inspect and to copy or photograph the results or reports of any physical or mental examination and of any scientific tests or experiment if (i) the item is within the government's possession, custody, or control; (ii) the attorney for the government knows—or through due diligence could know—that the item exists; and (iii) the item is material to preparing the defense or the government intends to use the item in its case-in-chief at trial. [Fed. R. Crim. P. 16(a)(1)(F)]

**Response:** Five DEA laboratory reports and one West Virginia State Police Forensic Laboratory report (JEFFRIES_012996 to 013000; JEFFRIES_013003 to 013004).

2

**Request M:** Provide notice to defendant of the government's intention to use evidence pursuant to Rule 12(b)(4)(B) of the Federal Rules of Criminal Procedure.

**Response:** The United States reserves the right to use all information and evidence disclosed herein or made available for inspection and copying pursuant to this Response and such information and evidence which may be discovered and finally provided to defendant.

Any discovery provided that is not mandated by Court order, the Federal Rules of Criminal Procedure, federal statute or federal case law, is provided voluntarily as a matter of discretion solely to expedite and facilitate litigation of this case.

Respectfully submitted,

WILLIAM S. THOMPSON
United States Attorney

By:

/s/Jeremy B. Wolfe
JEREMY B. WOLFE
Assistant United States Attorney
WV State Bar No. 11952
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: Jeremy.Wolfe@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing "FOURTH SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS" has been electronically filed and service has been made on all counsel of record by virtue of such electronic filing this 28th day of July, 2023.

/s/Jeremy B. Wolfe
JEREMY B. WOLFE
Assistant United States Attorney
WV State Bar No. 11952
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: Jeremy.Wolfe@usdoj.gov