UNITED STATES OF AMERICA


v.                                             CRIMINAL NO. 2:23-cr-00031


ANTONIO LAMAR JEFFRIES
KARL LAMONT FUNDERBURK
TRES AVERY DAVIS
TELISA RENE MCCAULEY
MICHAEL ALLEN ROBERTS, JR.
TODD TYLER SNEAD
DEAYRIA EYSHAY WILLIS
JOHN PAUL LOUDERMILK
TIMOTHY ALLEN LOUDERMILK
KEITH ROYAL GOODE-HARPER
MARK LESLIE LIVELY
NICOLE LEIGH FIERBAUGH
LATESHA LASHAE NAPPIER
JEREMY RAYSHAD WALKER
RYAN KEITH KINCAID
CHARLES NORMAN PANNELL
SCOTT JEREMY SAVAGE
LES VAN BUMPUS


## FIFTH SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Rule 16.1(a) of the Local Rules of Criminal Procedure, and the Arraignment Order and Standard Discovery Request entered by the Court in this case on March 23, 2023, the United States of America, by counsel, herewith responds to each of defendant's Standard Discovery Requests as follows:

**Request E:** Permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, building or places, or copies or portions of any of those items, if the item is within the government's possession, custody or control, and (i) the item is material to preparing the defense; (ii) the government intends to use the item in its case-in-chief at trial; or (iii) the item was obtained from or belongs to defendant. [Fed. R. Crim. P. 16(a)(1)(E)]

**Response:**

- Audio recorded law enforcement radio traffic and a photograph taken by Detective Hilbert, both related to the traffic stop of Defendant Lively on February 2, 2023 (provided to Lively's counsel via e-mail on August 22, 2023, and October 11, 2023);

- Two dispatch or CAD reports concerning the February 2, 2023 traffic stop of Defendant Lively (provided to Lively's counsel via e-mail on November 1, 2023);

- K-9 Use Report drafted by Officer Clendenin concerning the February 2, 2023 traffic stop of Defendant Lively (provided to Lively's counsel via e-mail on November 7, 2023);

- Two-page certification and four pages of training records relating to Officer Clendenin and K-9 Diego (provided to Lively's counsel via e-mail on November 21, 2023);

- 228 pages of relevant portions of the cell phone download of Defendant Lively's cell phone, all of which was included in the complete phone download previously disclosed in discovery (provided to Lively's counsel via e-mail on November 21, 2023);

- Two maps prepared by Detective Hilbert showing various locations relevant to the February 2, 2023 traffic stop of Defendant Lively (provided to Lively's counsel via e-mail on November 28, 2023); and

- Currency batch report reflecting money seized from Defendant Savage's residence in October 2022 (provided to Savage's counsel via e-mail on November 16, 2023).

**Request F:  Permit the defendant to inspect and to copy or photograph the results or reports of any physical or mental examination and of any scientific tests or experiment if (i) the item is within the government's possession, custody, or control; (ii) the attorney for the government knows--or through due diligence could know--that the item exists; and (iii) the item is material to preparing the defense or the government intends to use the item in its case-in-chief at trial.  [Fed. R. Crim. P. 16(a)(1)(F)]**

**Response**: Lab reports for Exhibits 1B239 and 1B245 (provided to Defendant Roberts' counsel via e-mail on October 10 and October 11, 2023).

**Request G:  For any testimony the government intends to use under Rules 702, 703 or 705 of the Federal Rules of Evidence during its case-in-chief, or during rebuttal to counter testimony that**

the defendant has timely disclosed under reciprocal discovery, give to the defendant, in writing, the following information:

> (i)    a complete statement of all opinions that the government will elicit from the witness in its case-in-chief, or during its rebuttal to counter testimony that the defendant has timely disclosed under reciprocal discovery;
>
> (ii)    the bases and reasons for them;
>
> (iii)    the witness's qualifications, including a list of all publications authored in the previous 10 years; and
>
> (iv)    a list of all other cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition.

If the government requests discovery under the second bullet point in Federal Rules of Criminal Procedure 16(b)(1)(C)(i) and the defendant complies, the government must, at the defendant's request, disclose to the defendant, in writing, the information listed above in (i) through (iv) for testimony that the government intends to use at trial under Rules 702, 703, or 705 of the Federal Rules of Evidence on the issue of the defendant's mental condition.

The witness must approve and sign the disclosure, unless the government states in the disclosure why it could not obtain the witness's signature through reasonable efforts, or the government has previously provided a report, signed by the witness that contains all the opinions and the bases and reasons for them.

[Fed. R. Crim. P. 16(a)(1)(G)]


**Response:** 20 pages of documentation as well as a CV for the testifying chemist, all related to the analysis of Exhibit 1B138, the methamphetamine seized during the traffic stop of Defendant Lively on February 2, 2023 (provided to Lively's counsel via e-mail on November 28, 2023).

**4**

**Request M:** Provide notice to defendant of the government's intention to use evidence pursuant to Rule 12(b)(4)(B) of the Federal Rules of Criminal Procedure.

**Response:** The United States reserves the right to use all information and evidence disclosed herein or made available for inspection and copying pursuant to this Response and such information and evidence which may be discovered and finally provided to defendant.

Any discovery provided that is not mandated by Court order, the Federal Rules of Criminal Procedure, federal statute or federal case law, is provided voluntarily as a matter of discretion solely to expedite and facilitate litigation of this case.

Respectfully submitted,

WILLIAM S. THOMPSON
United States Attorney

By:

/s/Jeremy B. Wolfe
JEREMY B. WOLFE
Assistant United States Attorney
WV State Bar No. 11952
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: Jeremy.Wolfe@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing "FIFTH SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS" has been electronically filed and service has been made on all counsel of record by virtue of such electronic filing this 28th day of November, 2023.

/s/Jeremy B. Wolfe
JEREMY B. WOLFE
Assistant United States Attorney
WV State Bar No. 11952
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: Jeremy.Wolfe@usdoj.gov