UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2023
DECEMBER 12, 2023 SESSION



FILED

DEC 1 2 2023

KJRN  DEPUTY CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO.  2:23-cr-00031
                                      21 U.S.C. § 846
                                      21 U.S.C. § 841(a)(1)


ANTONIO LAMAR JEFFRIES
TRES AVERY DAVIS
MARK LESLIE LIVELY
DEAYRIA EYSHAY WILLIS


## S E C O N D  S U P E R S E D I N G  I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

From in or about November 2022, to in or about March 2023, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia and elsewhere, defendants ANTONIO LAMAR JEFFRIES, TRES AVERY DAVIS, MARK LESLIE LIVELY and DEAYRIA EYSHAY WILLIS, together with other persons whose identities are both known and unknown to the Grand Jury, knowingly conspired to commit offenses in violation of 21 U.S.C. § 841(a)(1), that is, knowingly and intentionally to distribute certain quantities of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

a. With respect to defendants ANTONIO LAMAR JEFFRIES and TRES AVERY DAVIS, the amount of methamphetamine involved in the conspiracy and attributable to each defendant, as a result of their own conduct and the conduct of other conspirators reasonably foreseeable to each defendant, is 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

b. With respect to defendant MARK LESLIE LIVELY, the amount of methamphetamine involved in the conspiracy and attributable to him, as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

c. With respect to defendant DEAYRIA EYSHAY WILLIS, the amount of methamphetamine involved in the conspiracy and attributable to her, as a result of her own conduct and the conduct of other conspirators reasonably foreseeable to her, is a quantity of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

From in or about February 2023, to in or about March 2023, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia and elsewhere, defendants TRES AVERY DAVIS and DEAYRIA EYSHAY WILLIS, together with other persons whose identities are both known and unknown to the Grand Jury, knowingly conspired to commit offenses in violation of 21 U.S.C. § 841(a)(1), that is, knowingly and intentionally to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 846.

## COUNT THREE

On or about February 2, 2023, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant MARK LESLIE LIVELY knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about March 9, 2023, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant TRES AVERY DAVIS knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## NOTICE OF FORFEITURE

The allegations contained in Counts One, Two, Three, and Four of this Second Superseding Indictment are realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C § 853, 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2. Notice is hereby given to defendants ANTONIO LAMAR JEFFRIES, TRES AVERY DAVIS, MARK LESLIE LIVELY and DEAYRIA EYSHAY WILLIS of the United States' intent to institute forfeiture proceedings pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461(c) upon the conviction of the above-captioned defendant(s) for an offense in violation of 21 U.S.C. § 846. The following property is subject to forfeiture in accordance with Section 853:

a. All property which constitutes or is derived from proceeds of the violations set forth in this Second Superseding Indictment.

b. All property used or intended to be used in any manner or part to commit or facilitate such violations; and

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided

without difficulty, all other property of the defendant(s) to the extent of the value of the property described in (a) and (b).

WILLIAM S. THOMPSON
United States Attorney

By: _____
JEREMY B. WOLFE
Assistant United States Attorney