

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO.    2:23-CR-00031
                                                      21 U.S.C. § 851

ANTONIO LAMAR JEFFRIES


### INFORMATION

The United States Attorney Charges:

1. On or about July 11, 2011, defendant ANTONIO LAMAR JEFFRIES was adjudged guilty and convicted in the United States District Court for the Southern District of West Virginia, case number 2:11-cr-00125, of a felony offense in violation of Title 21, United States Code Section 841(a)(1), and further referred to in the Judgment in a Criminal Case filed in that case on October 11, 2011, Document 30, as "Possession with Intent to Distribute 280 Grams or More of Cocaine Base" (hereinafter referred to as the "prior conviction").

2. Defendant's prior conviction is a "serious drug offense" pursuant to 18 U.S.C. § 924(e)(2)(A)(i), and as required by 21 U.S.C. § 802(57), as "an offense under the Controlled Substances Act (21 U.S.C. 801 et seq.) . . . for which a maximum term of imprisonment of ten years or more is prescribed by law."

3. Defendant also served a term of imprisonment of more than twelve months pursuant to the prior conviction, and his release from any term of imprisonment resulting from the prior conviction was within 15 years of the commencement of the offense charged in Count One of the Second Superseding Indictment in this case. Therefore, the prior conviction meets the requirements of 21 U.S.C. § 802(57) as a "serious drug felony."

4. The United States will rely on defendant's prior conviction in seeking imposition of the enhanced penalties provided in 21 U.S.C. § 841(b)(1) should defendant ANTONIO LAMAR JEFFRIES be convicted of Count One of the Second Superseding Indictment in this case.

In violation of Title 21, United States Code, Section 851.

UNITED STATES OF AMERICA

WILLIAM S. THOMPSON
United States Attorney

By: _____

JEREMY B. WOLFE
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing "INFORMATION" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 27th day of December, 2023 to:

L. Thompson Price, Esquire
209 West Washington Street
Charleston, WV 25302
E-mail: tomprice304@gmail.com

s/Jeremy B. Wolfe
JEREMY B. WOLFE
Assistant United States Attorney
WV State Bar No. 11952
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
E-mail: jeremy.wolfe@usdoj.gov