# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 6/17/2024 | Case Number: | 2:23-cr-00031 |
| Case Style: | USA vs. Antonio Lamar Jeffries | | |
| Type of hearing: | Plea Hearing | | |
| Before the Honorable: | 2515-Johnston | | |
| Court Reporter: | Ayme Cochran | Courtroom Deputy: | Staci Wilson |

Attorney(s) for the Plaintiff or Government:

Jeremy Wolfe

Attorney(s) for the Defendant(s):

Louie Price

| | |
|---|---|
| Law Clerk: | Ryan Combs |
| Probation Officer: | Kiara Carper |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 10:02 AM | 10:12 AM | Non-Trial Time/Uncontested Time |
| 10:56 AM | 11:36 AM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 50 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 10:00 a.m.
Actual Start 10:02 a.m.

Defendant present in person and by counsel.
Defendant placed under oath.
Court finds Defendant competent to go forward.

Court recessed: 10:12 a.m.
Court reconvened: 10:56 a.m.

Court defers acceptance of plea agreement but orders original plea agreement filed.
Defendant waives reading of Second Superseding Indictment.
Court reads statute with which Defendant is charged.
Defendant advised of elements of offense which Government would have to prove at trial.
Defendant advised of the penalties which may apply based upon the plea.
Defendant advised of right to plead not guilty, to remain silent, and to stand trial.
Court asks Government to provide factual basis for the plea.
Government relies upon the Stipulation of Facts for its factual basis.
Court calls upon Defendant to enter a plea.
Defendant pleads guilty to Count One of the Second Superseding Indictment and executes written guilty plea form.
Court finds Defendant is competent and capable of entering an informed plea.
Court finds Defendant's plea to be voluntary.
Court finds that Defendant understands the consequences of the plea.
Court finds that Defendant understands the rights being given up.
Court finds sufficient factual basis for Defendant's plea.
Court accepts plea.
Court defers adjudging Defendant guilty until the time of sentencing.
Defendant remanded pending sentencing.
Sentencing set for October 7, 2024, at 2:00 p.m.
Court recessed at 11:36 a.m.