**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON**

**UNITED STATES OF AMERICA**

**v.**

**CRIMINAL NO. 2:23-cr-00031-01**

**ANTONIO LAMAR JEFFRIES**

**UNITED STATES SUPPLEMENTAL SENTENCING MEMORANDUM**

Comes now the United States of America, by Jeremy B. Wolfe, Assistant United States Attorney, and submits this memorandum in support of the United States' position on sentencing issues.

By Order entered October 21, 2025 (ECF 934), this Court directed the parties to file sentencing memoranda on or before November 26, 2025. The United States filed a sentencing memorandum on March 3, 2025 (ECF 864). That memorandum addressed defendant's pending objections to the presentence investigation report as well as the sentencing factors. Defendant also filed a memorandum on the same date. ECF 865.

Since then, the Court has heard in-person arguments on those objections and defendant has elected to not produce any additional evidence. ECF 933. As such, the United States has nothing to add on that front.

Regarding the sentencing factors, as well as a sentencing recommendation, the United States will rest upon the content of the prior sentencing memorandum. If defendant makes additional arguments at sentencing, or in writing prior to sentencing, the United States will be prepared to respond at the sentencing hearing. Otherwise, the United States may simply expand upon what was argued in its initial sentencing memorandum.

Respectfully submitted,

MOORE CAPITO
United States Attorney

By:

/s/Jeremy B. Wolfe
JEREMY B. WOLFE
Assistant United States Attorney
WV State Bar No. 11952
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: jeremy.wolfe@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "UNITED STATES SENTENCING MEMORANDUM" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing on this 26th day of November, 2025, to:

Olubunmi T. Kusimo-Frazier
300 Summers Street, Suite 1380
Charleston, WV 25301
E-mail: bunmi@thekflawfirm.com

/s/Jeremy B. Wolfe_____
JEREMY B. WOLFE
Assistant United States Attorney
WV State Bar No. 11952
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: jeremy.wolfe@usdoj.gov